UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYELLE D. POFF, | : | 1:13-CV-03066 |
| | : | |
| Plaintiff | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| PRIME CARE MEDICAL, INC., | : | |
| | : | |
| Defendant | : | |

## ORDER
March 25, 2015

In accordance with the previous memorandum, **IT IS ORDERED** that

Poff's motion (doc. 15) for summary judgment is **DENIED.**


*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge