UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYELLE D. POFF, | : | 1:13-CV-03066 |
| Plaintiff | : | (Magistrate Judge Schwab) |
| v. | : | |
| PRIME CARE MEDICAL, INC., | : | |
| Defendant | : | |

# ORDER
October 1, 2015

In accordance with the Memorandum filed this date, **IT IS ORDERED THAT**:

1. Judgment is entered for Plaintiff Joyelle D. Poff ("Poff") and against Defendant Prime Care Medical, Inc. ("Poff") in accordance with the Court's finding that Prime Care interfered with Poff's rights under the FMLA by terminating her employment on August 8, 2013, after she requested medical leave for a serious health condition.

2. Poff is entitled to back pay in the amount of $45,313 plus compensation for the $4,059.71 in medical expenses she incurred, less applicable co-payments, plus interest.

3. Poff is entitled to liquidated damages equal to the amount of the back pay

award of $45,313 plus compensation for the $4,059.71 in medical expenses she incurred, less applicable co-payments, plus interest.

4. Within thirty days of the date of this Memorandum and Order the parties shall supplement the record to provide the Court with the amount equal to the medical expenses Poff incurred less the applicable co-payments. The parties shall further provide the court with the prevailing interest rate they agree to utilize in order to calculate the interest on the back pay, compensation for medical expenses and the liquidated damages awards.

5. In accordance with 29 U.S.C. § 2617 (a)(3), allowing for the plaintiff's recovery of reasonable attorneys' fees and costs, Poff shall file a motion for attorney's fees and costs, together with a supporting brief, billing records, and records of costs, on or before Friday, October 30, 2015. Further briefing on the motion shall be filed in accordance with the schedule prescribed by the Local Rules 7.6, 7.7, and 7.8.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge