UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYELLE D. POFF, | : | 1:13-CV-03066 |
| | : | |
| Plaintiff | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| PRIME CARE MEDICAL, INC., | : | |
| | : | |
| Defendant | : | |

## ORDER
June 14, 2016

In accordance with the accompanying memorandum, **IT IS ORDERED** that PrimeCare's motion (doc. 58) to amend/correct is denied and Poff's motion (doc. 46) for attorney's fees and costs is granted in part and denied in part.   The Clerk of Court is directed to enter judgment in favor of Poff and against PrimeCare in the amount of $88,419.60 for attorneys' fees and $6,179.71 for costs.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge